FILED
CLERK, U.S. DISTRICT COURT
12/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BRANDON MICHAEL MCDOWELL,<br>　aka "trvpkid_69,"<br><br>　　　　Defendant. | ED CR No. 5:21-cr-00238-JGB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(B)(1)(C): Distribution of<br>Fentanyl Resulting in Death] |

　　The Grand Jury charges:

　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

　　On or about December 22, 2019, in Riverside County, within the Central District of California, defendant BRANDON MICHAEL MCDOWELL, also known as "trvpkid_69," knowingly and intentionally distributed

///

///

fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of A.C. on or about December 23, 2019.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Assistant United States Attorney
Deputy Chief, Riverside Branch Office

STEPHEN T. MERRILL
Special Assistant U.S. Attorney
Riverside Branch Office